**Order entered April 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00143-CR

**BARBARA ANN THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-60292-R**

## ORDER

The Court **REINSTATES** the appeal.

On April 8, 2013, we ordered the trial court to make findings regarding when her notice of appeal was filed, whether she desires to pursue the appeal, and whether she is indigent. We **ADOPT** the trial court's findings that: (1) appellant desires to pursue the appeal; (2) appellant delivered her notice of appeal to prison authorities for mailing no later than December 13, 2012, the post-mark date on the envelope in which the notice of appeal was mailed; (3) appellant is indigent; and (4) April Smith has been appointed to represent appellant.

We **DIRECT** the Clerk to list April Smith as appellant's appointed attorney of record.

We **ORDER** Mary Snider, as official court reporter of the 265th Judicial District Court, to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **ORDER** appellant to file her brief within **SIXTY DAYS** of the date of this order. Appellant's brief shall specifically discuss whether appellant's having addressed the envelope in which the notice of appeal was mailed to the trial court judge rather than the Dallas County District Clerk satisfies the requirement that the envelope be properly addressed and sent to the proper clerk. *See* TEX. R. APP. P. 9.2(b); *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012); *Campbell v. State*, 320 S.W.3d 338, 344 (Tex. Crim. App. 2010).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Mary Snider, official court reporter, 265th Judicial District Court, and to counsel for all parties.


/s/     DAVID L. BRIDGES
        JUSTICE